**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**PIKEVILLE**

| | |
|---|---|
| **OUTFRONT MEDIA, LLC,** *et al.,*      ) | |
| ) | |
| **PLAINTIFF,**      ) | |
| ) | |
| **v.**      ) | **Case No. 7:17-CV-66-REW-EBA** |
| ) | |
| ) | |
| **TERRI LEMASTER,** *et al.,*      ) | |
| ) | |
| **DEFENDANTS.**      ) | |

---

**MOTION OF THE DEFENDANTS, COMMONWEALTH OF KENTUCKY, TRANSPORTATION CABINET, AND GREG THOMAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE KENTUCKY TRANSPORTATION CABINET, TO: A) NOT BE IDENTIFIED AS A PARTY AT TRIAL; B) NOT ACTIVELY PARTICIPATE AT TRIAL; AND C) NOT BE REQUIRED TO FILE ANY PRE-TRIAL MOTIONS, RESPONSES AND/OR DISCLOSURES**

---

Come the Defendants, Commonwealth of Kentucky, Transportation Cabinet, and Greg Thomas, in his official capacity as Secretary of the Kentucky Transportation Cabinet (hereinafter collectively referred to as "KYTC"), by special appearance, and by and through counsel, and respectfully request the Court enter an Order stating KYTC shall: a) not be identified as a party at trial; b) not actively participate at trial; and c) not be required to file any pre-trial motions, responses and/or disclosures. In support, KYTC states as follows:

This action centered around the ownership of off-premise static advertising devices (hereinafter "devices") in Rockcastle County, Kentucky when they were cut

down and removed from real property owned by the Third Party Defendants, Randall and Brenda Powell (hereinafter "Powells").   The Defendants, Performance Media and Terri Lemaster (hereinafter collectively referred to as "Lemaster"), purported to obtain ownership of the devices from the Powells.   Lemaster submitted paperwork to KYTC detailing the purported transfer of ownership of the devices and requesting off-premise advertising credits (hereinafter "credits") upon the removal of the devices.  KYTC agreed to grant four (4) credits upon the removal of said devices.  Following the removal of the devices by Lemaster, the Plaintiff, Outfront Media, LLC (hereinafter "Outfront") discovered said removal and claimed ownership to the devices and credits based on lease agreements entered into by Outfront and the Powells' predecessor.   When Lemaster would not agree to Outfront's request to have the credits transferred to Outfront, Outfront filed the subject action.   Lemaster filed a counter-claim asserting ownership to the credits amongst her other claims.

KYTC was named in this action for the sole purpose of distributing the credits to either Outfront or Lemaster upon the order of this Court.   Per the Court's Opinion and Order dated June 24, 2019 (DN 131), KYTC was ordered by this Court to award the credits to Outfront.   Upon effectuating the Court's Order of awarding the credits to Outfront, KYTC has no other involvement in the subject action.

In light of the fact there are no remaining claims and/or issues before the Court involving KYTC, KYTC contends its presence at the trial of this action would only create confusion for the jury as to the actual issues being presented and could potentially prejudice KYTC as well as the other parties.  As such, KYTC should not be identified as

a party at trial nor actively participate at trial.  In turn, KYTC should also not be required to file any pretrial motions, responses and/or disclosures mandated by the Court in its Pre-Trial Management Order (DN 143).

WHEREFORE, KYTC respectfully requests the Court enter an Order stating KYTC shall: a) not be identified as a party at trial; b) not actively participate at trial; and c) not be required to file any pre-trial motions, responses and/or disclosures.

Respectfully submitted,

/s/ *Paul Kevin Moore*
Hon. Paul Kevin Moore
Executive Director/General Counsel
Kentucky Transportation Cabinet
Office of Legal Services
200 Mero Street
Frankfort, KY  40601
Telephone: 502-564-7650
Email: kevin.moore@ky.gov

and

/s/ *Kyle W. Ray*
Hon. Kyle W. Ray
Kentucky Transportation Cabinet
800 Newtown Court
Lexington, KY 40511
Telephone: 859-246-2355
Email: kyle.ray@ky.gov
*Counsel for Defendants Commonwealth of Kentucky, Transportation Cabinet, and Greg Thomas, in his official capacity as Secretary of the Kentucky Transportation Cabinet*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2019, I electronically filed the

foregoing document through the CM/ECF system with the Clerk, which will send notice

of this electronic filing to the following:

Hon. Christopher Wilson Brooker
Wyatt, Tarrant & Combs, LLP
500 West Jefferson Street
PNC Plaza, Suite 2800
Louisville, KY 40202-2898
cbrooker@wyattfirm.com
*Counsel for Outfront Media, LLC*

Hon. Jeffrey A. Darling
Nichols Walter, PLLC
3120 Wall Street, Suite 210
Lexington, KY  40503
jdarling@kentuckylitigators.com
*Counsel for Ronald and Brenda Powell*

I also hereby certify that on this 23rd day of September, 2019, I sent the foregoing

document through the U.S. Mail to the following:

Ms. Terri Lemaster
P.O. Box 612
Belfry, KY 41514
*Pro se*

/s/ Kyle W. Ray
Hon. Kyle. W. Ray