UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| TERRI LEMASTER and PERFORMANCE MEDIA, LLC, | ) ) ) | |
| Third-Party Plaintiffs, | ) ) | No. 7:17-CV-66-REW-EBA |
| v. | ) ) ) | JUDGMENT |
| RANDALL POWELL and BRENDA POWELL, | ) ) | |
| Third-Party Defendants. | | |

\*\*\* \*\*\* \*\*\* \*\*\*

Consistent with the contemporaneously entered Opinion & Order, and pursuant to Federal Rule of Civil Procedure 58, the Court:

1. **ENTERS** Judgment in favor of Third-Party Defendants;

2. **ENTERS** Judgment against Third-Party Plaintiffs;

3. **DISMISSES** all of Third-Party Plaintiffs' claims **WITHOUT PREJUDICE**; and

4. **STRIKES** this matter from the Court's active docket.

This resolves all claims, is a **FINAL** and **APPEALABLE** Judgment, and there is no just reason for delay.

This the 15th day of April, 2020.

Signed By:
*Robert E. Wier*  /s/ REW
United States District Judge